IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| WILSON PORTER, | ) | Civil Action No. 7:13-cv-00302 |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM OPINION** |
| v. | ) | |
| | ) | By: Norman K. Moon |
| ROBINSON, ET AL, | ) | United States District Judge |
| Defendant(s). | ) | |

Wilson Porter, proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. By Order entered 07/30/2013, the Court directed Plaintiff to submit within 10 days from the date of the Order a signed Consent to Fee form. Plaintiff was advised that a failure to comply with the Order would result in dismissal of this action without prejudice.

More than 10 days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the Court will dismiss the action without prejudice and strike the case from the active docket of the Court. Plaintiff may re-file the claims in a separate action once Plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to Plaintiff.

ENTER: This __27th__ day of August, 2013.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE