# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| WILSON PORTER, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:13-cv-00302 |
| | ) | |
| v. | ) | **DISMISSAL ORDER** |
| | ) | |
| ROBINSON, ET AL, | ) | By:   Norman K. Moon |
|     Defendant(s). | ) |       United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for Plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the Court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to Plaintiff.

ENTER: This __27th__ day of August, 2013.

/s/ Norman K. Moon
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE